# EXHIBIT B

**From:** Joseph Jefferson <joseph@email.trueaccord.com>
**Date:** July 4, 2020 at 8:21:20 AM EDT
**To:** Jennifer Holt <jenn███@gmail.com>
**Subject: Here's your chance; it's time to get started!**
**Reply-To:** support@email.trueaccord.com

Act today.

This is an important message for Jennifer Holt. If you are not this person, please disregard and delete it.
Email not displaying correctly?
Skip to our message.

## Jennifer Holt, this is an important matter.

You still have an outstanding balance of $8.55 with Klarna. We have made this process easy and convenient since your balance can be paid directly on our website.

Take This Opportunity Today

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

   

Copyright © 2020 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219

1-866-611-2731

Office Hours: M-F, 8 AM - 7 PM ET

**Your TrueAccord account number is:** ▮▮▮▮▮▮▮▮4131

Click here for more information about your balance

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account