# EXHIBIT C

**From:** Joseph Jefferson <joseph@email.trueaccord.com>
**Date:** July 7, 2020 at 12:28:21 PM EDT
**To:** Jennifer Holt <jenn███@gmail.com>
**Subject: Jennifer, your account requires attention.**
**Reply-To:** support@email.trueaccord.com

**This is an important message for Jennifer Holt. If you are not this person, please disregard and delete it.**
Email not displaying correctly?
Skip to our message.

## Jennifer, we're here to help you

Your $8.55 balance with Klarna is past due. You agreed to terms that indicate you are liable to pay this balance.

You can start to  resolve your balance  today through our website.

Resolve My Balance

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

 

Copyright © 2020 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219
1-866-611-2731
Office Hours: M-F, 8 AM - 7 PM ET

**Your TrueAccord account number is:** ▮▮▮▮▮▮4131

**Click here for more information about your balance**

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account